**Reverse and Remand; Opinion Filed August 22, 2013.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00338-CV

**FSC ENTERPRISES, LLC, Appellant**

**V.**

**DALLAS COUNTY, CITY OF DALLAS, CITY OF DUNCANVILLE, DUNCANVILLE INDEPENDENT SCHOOL DISTRICT, DALLAS INDEPENDENT SCHOOL DISTRICT, DALLAS COUNTY SCHOOL EQUALIZATION FUND, PARKLAND HOSPITAL DISTRICT, DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, AND WILMER-HUTCHINS INDEPENDENT SCHOOL DISTRICT, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-11-40912**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lang-Miers
Opinion by Justice Moseley

Before the Court is the parties' July 30, 2013 joint motion to reverse and remand. We grant the parties motion, reverse the trial court's October 1, 2012 judgment, and remand to the trial court for further disposition based upon the agreement of the parties. *See* TEX. R. APP. P. 42.1(a)(2).

/Jim Moseley/

JIM MOSELEY
130338F.P05            JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FSC ENTERPRISES, LLC, Appellant

No. 05-13-00338-CV      V.

DALLAS COUNTY, CITY OF DALLAS, CITY OF DUNCANVILLE, DUNCANVILLE INDEPENDENT SCHOOL DISTRICT, DALLAS INDEPENDENT SCHOOL DISTRICT, DALLAS COUNTY SCHOOL EQUALIZATION FUND, PARKLAND HOSPITAL DISTRICT, DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, AND WILMER-HUTCHINS INDEPENDENT SCHOOL DISTRICT, Appellees

On Appeal from the 193rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. TX-11-40912.
Opinion delivered by Justice Moseley. Justices Bridges and Lang-Miers participating.

In accordance with this Court's opinion of this date, we **REVERSE** the trial court's judgment and **REMAND** for further disposition based upon the agreement of the parties.

It is **ORDERED** that each party bear its own cost of this appeal.

Judgment entered this 22nd day of August, 2013.

/Jim Moseley/
JIM MOSELEY
JUSTICE